## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

In re:                                                    Case No. 12-74621-SCS
WILLIE ROY MCCORMICK,                                     Chapter 13

      Debtor.

## ORDER SUSTAINING TRUSTEE'S OBJECTION
## TO CONFIRMATION SECOND AMENDED PLAN

THIS MATTER CAME to be heard upon the Objection to Confirmation of the Second Amended Plan filed February 28, 2013, filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"). Upon the representation of the parties that the matter has been settled; it is hereby

**ORDERED** that the Trustee's Objection to Confirmation of the Second Amended Plan is **SUSTAINED** and confirmation is **DENIED**. Willie Roy McCormick (the "Debtor") filed a third amended plan with the Court on April 9, 2013. The Trustee reserves all rights with regard to the third amended plan.

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to the parties named on the attached copy list.

Entered at Norfolk _____ day of _____, 2013.


_____
                                JUDGE

Notice of entry of Order or Judgment _____


R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

I ASK FOR THIS:

*/s/ R. Clinton Stackhouse, Jr.*

_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee


SEEN AND AGREED:

*/s/ Steve C. Taylor*

_____
Steve C. Taylor, Esquire
Counsel for Debtor


## LOCAL RULE 9022-1 CERTIFICATE

     I hereby certify that in accordance with Local Rule 9022-1, this Order has been endorsed by all parties.

*/s/ R. Clinton Stackhouse, Jr.*

_____

Copy List:

Steve C. Taylor, Esquire
133 Mt. Pleasant Road
Chesapeake, VA 23322

Willie Roy McCormick
710 Washington Avenue
Norfolk, VA 23504

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile